IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL FILE NO.<br>1:10-CR-189-TWT |
| MICHAEL GLYNN ELLIS, JR., | |
| Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 36] of the Magistrate Judge recommending denying the Defendant's Motions to Suppress [Doc. 9 & 13]. Technical errors in the application for the search warrant and in its execution do not justify suppression of the evidence found on the Defendant's computer. The Defendant was not in custody when he made the statements admitting that he downloaded child pornography. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motions to Suppress [Doc. 9 & 13] are DENIED.

SO ORDERED, this 11 day of April, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge